

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL INDIAN RAJ INTERNATIONAL CORPORATION, a Nevada corporation<br><br>Plaintiff,<br><br>- against -<br><br>DOMAINS BY PROXY, INC., an Arizona corporation, WESTHOST INC., a Utah corporation, BILL ZACK, a Georgia resident, and JOHN DOES 1-10, being fictitious names, the true names of certain persons being unknown,<br><br>Defendants. | Case No._____<br><br>**RULE 7.1 STATEMENT** |

The plaintiff herein, a non-governmental party, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
April 8, 2008

EINBINDER & DUNN, LLP

By: _____
Matthew David Brozik (MB-6026)
*Counsel for Plaintiff*
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Facsimile: (212) 391-9025

1