UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

ROYAL INDIAN RAJ
INTERNATIONAL CORPORATION,
a Nevada corporation

                              Plaintiff,

- against -

DOMAINS BY PROXY, INC.,
 an Arizona corporation,
WESTHOST INC.,
 a Utah corporation,
BILL ZACK,
 a Georgia resident,
and
JOHN DOES 1-10, being fictitious names,
the true names of certain persons being unknown,

                              Defendants.

Case No. 08-CV-03445
(JGK)

**AFFIDAVIT OF SERVICE**

Kimia Sharifi, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in the County of New York, City and State of New York. On April 23, 2008, I served the within **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    upon:  Bill Zack
              632 Hunters Trace
              Big Canoe, Georgia 30143

              Wilson Sonsini Goodrich & Rosati, P.C.
              Counsel for defendant DOMAINS BY PROXY, INC.
              1301 Avenue of the Americas, 40th Floor
              New York, NY 10019

              WESTHOST INC.
              164 N. Spring Creek Parkway
              Providence, Utah 84321

by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of enclosed in a in a post-paid envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within this State.

1

*[signature]*
Kimia Sharifi

Sworn to before me this
24th day of April, 2008

*[signature]*

MATTHEW DAVID BROZIK
Notary Public, State of New York
No. 02BR6019477
Qualified in Nassau County
Commission Expires 2/8/11

2