# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROYAL INDIAN RAJ<br>INTERNATIONAL CORPORATION,<br> a Nevada corporation<br><br>                                    Plaintiff,<br><br>  - against -<br><br>DOMAINS BY PROXY, INC.,<br> an Arizona corporation,<br>WESTHOST INC.,<br> a Utah corporation,<br>BILL ZACK,<br> a Georgia resident,<br>and<br>JOHN DOES 1-10, being fictitious names,<br>the true names of certain persons being unknown,<br><br>                                    Defendants. | Case No. 08-CV-03445<br>(JGK)<br><br><br>**AFFIDAVIT OF SERVICE** |

Kimia Sharifi, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in the County of New York, City and State of New York. On April 23, 2008, I served the within **PLAINTIFF'S ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER and MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

upon:  Bill Zack
       632 Hunters Trace
       Big Canoe, Georgia 30143

by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of an overnight delivery service for overnight delivery prior to the latest time designated by the overnight delivery service for overnight delivery.

                                                Kimia Sharifi

Sworn to before me this
23rd day of April, 2008

MATTHEW DAVID BROZIK
Notary Public, State of New York
No. 02BR6019477
Qualified in Nassau County
Commission Expires 2/8/11

1