USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

ROYAL INDIAN RAJ
INTERNATIONAL CORPORATION,
a Nevada corporation

                     Plaintiff,

- against -

DOMAINS BY PROXY, INC.,
  an Arizona corporation,
WESTHOST INC.,
  a Utah corporation,
BILL ZACK,
  a Georgia resident,
and
JOHN DOES 1-10, being fictitious names,
the true names of certain persons being unknown,

                     Defendants.

Case No. 08-CV-03445
(JGK)

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

---

PLEASE TAKE NOTICE that, defendants Domains by Proxy, Inc. and WestHost Inc. not having served an answer or a motion for summary judgment, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure this action is hereby dismissed without prejudice as against those two parties.

EINBINDER & DUNN, LLP

By: _____
    Matthew David Brozik (MB-6026)
*Attorney for the Plaintiff*
*Royal Indian Raj International Corporation*
104 W. 40th Street
New York, New York 10018
(212) 391-9500

To:    CLERK OF COURT
        United States District Court, S.D.N.Y.

Wilson Sonsini Goodrich & Rosati, P.C.
Counsel for defendant DOMAINS BY PROXY, INC.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

WESTHOST INC.
164 N. Spring Creek Parkway
Providence, Utah 84321

BILL ZACK, *pro se*
632 Hunters Trace
Big Canoe, Georgia 30143