UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYAL INDIAN RAJ
INTERNATIONAL CORPORATION,

        Plaintiff,

    v.

BILL ZACK,

        Defendant.

**APPEARANCE**

(Electronically Filed)

08-CV-03445 (JGK)

---

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant BILL ZACK.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 13, 2008

                      OSTRAGER CHONG FLAHERTY
                                                                    & BROITMAN P.C.

                      By:_____s/_____
                            Joshua S. Broitman (JSB-4644)

                      570 Lexington Avenue
                      New York, New York 10022-6894
                      Tel No. (212) 681-0600
                      Fax No. (212) 681-0300