UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL INDIAN RAJ
INTERNATIONAL CORPORATION,

        Plaintiff,

    v.

BILL ZACK,

        Defendant.

**APPEARANCE**

(Electronically Filed)

08-CV-03445 (JGK)

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant BILL ZACK.

    I certify that I am admitted to practice in this court.

Dated:  New York, New York
       May 13, 2008

OSTRAGER CHONG FLAHERTY
  & BROITMAN P.C.

By:_____s/_____
   Roberto L. Gomez (RLG-6474)

570 Lexington Avenue
New York, New York 10022-6894
Tel No. (212) 681-0600
Fax No. (212) 681-0300