UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ROYAL INDIAN RAJ INTERNATIONAL
CORPORATION,

                Plaintiff,

  - against -

BILL ZACK,

                Defendant.
---

08 Civ. 3445 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff's reply in connection with its request for a preliminary injunction is due **June 2, 2008**. A hearing is scheduled for **June 13, 2008 at 11:30 a.m.** The parties should submit a letter to the Court reporting on the status of the case by **May 29, 2008**.

SO ORDERED.

Dated:   New York, New York
         May 16, 2008

                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08