USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2008

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL INDIAN RAJ         Plaintiff,
INTERNATIONAL CORP.

                                                    08   cv   03445   (JGK)

        - against -

BILL ZACK                Defendant.                 ORDER FOR ADMISSION
                                                    PRO HAC VICE
                                                    ON ORAL MOTION

Upon the oral motion of   Joshua S. Broitman                attorney for
  Defendant Bill Zack                                       and said sponsor attorney's affidavit
declaration that applicant   WILLIAM B. PRIBIS    is a member in good standing of
the bar(s) of the state(s) of   New Hampshire                                ;
and that applicant's contact information is as follows (please print):

        Applicant's Name:   WILLIAM B. PRIBIS
        Firm Name:          Cleveland, Waters and Bass, P.A.
        Address:            Two Capital Plaza, P.O. Box 1137
        City/State/Zip:     Concord, NH 03302-1137
        Telephone/Fax:      T: (603) 224-7761 / F: (603) 224-6457
        Email Address:      pribisw@cwbpa.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
  Defendant Bill Zack                                       in the above entitled action;

**IT IS HEREBY ORDERED** that   WILLIAM B. PRIBIS                     , is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated:    May 16, 2008
City, State:  New York, New York

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006