Glenn F. Ostrager [GFO 2023]
Joshua S. Broitman [JSB 4644]
Roberto L. Gomez [RLG 6474]
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022-6894
Tel. No. (212) 681-0600
Fax. No. (212) 681-0300
*Attorneys for Defendant Bill Zack*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2008
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL INDIAN RAJ
INTERNATIONAL CORPORATION

      Plaintiff,

v.

BILL ZACK,

      Defendant.

Civil Action No. 08 CV 03445 (JGK)

**AFFIDAVIT OF
JOSHUA S. BROITMAN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York  )
                     ) ss:
County of New York )

JOSHUA S. BROITMAN, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Ostrager Chong Flaherty & Broitman P.C., counsel for defendant Bill Zack in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit William B. Pribis as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known William B. Pribis since approximately 2000.

4. Mr. Pribis is a partner at Cleveland, Waters and Bass, P.A., in Concord, New Hampshire.

5. I have found Mr. Pribis to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of William B. Pribis, pro hac vice.

7. I respectfully submit a proposed order granting the admission of William B. Pribis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit William B. Pribis, pro hac vice, to represent Defendant Bill Zack in the above-captioned matter, be granted.

Dated: May 16, 2008
New York, New York

Notarized:

*[signature]*

**GLENN F. OSTRAGER**
Notary Public, State of New York
No. 02OS4670280
Qualified in New York County
Commission Expires June 15, 2011

Respectfully submitted,

*[signature]*
Joshua S. Broitman (JSB 4644)

Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, NY 10022-6894
Tel. No. (212) 681-0600
Fax No. (212) 681-0300

2