EINBINDER & DUNN, LLP
ATTORNEYS AT LAW
104 WEST 40TH STREET
NEW YORK, NEW YORK 10018
(212) 391-9500

MICHAEL EINBINDER
TERRENCE M. DUNN *
JULIANNE COWAN LUSTHAUS ▪

MATTHEW D. BROZIK ◊
STEPHANIE J. BLUMSTEIN *
RICHARD BAYER ◊

KENNETH L. LEIBY, JR. ,◊ of Counsel
JEFFREY A. CHESTER, of Counsel

* MEMBER NY, NJ and MA BARS
▪ MEMBER NY, NJ and NH BARS
◊ MEMBER NY and NJ BARS

www.ed-lawfirm.com

NEW JERSEY OFFICE
159 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
TELEPHONE: (973) 921-2000
FACSIMILE: (973) 921-2929

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

May 29, 2008

MAY 29 2008

**VIA FACSIMILE**
Honorable John G. Koeltl, U.S.D.S.
United States Court House
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   Royal Indian Raj International Corporation v. Zack
      08-cv-03445 (JGK)

Your Honor:

This firm represents the plaintiff in this matter. I write at Your Honor's request, after conferring with counsel for the defendant, to advise the court as follows:

The plaintiff hereby withdraws its pending motion for a preliminary injunction. Accordingly, the plaintiff will not be submitting reply papers, and, as the court advised, the hearing scheduled for June 13, 2008, at 11:30 a.m. will now be instead a telephone status conference with the court.

The parties at this time do not consent to trial of the case before a magistrate judge. The parties agree that discovery should proceed on a standard, non-expedited basis.

As I advised the court at the May 16 conference the plaintiff desires to amend its complaint. I have requested the consent of counsel for the defendant, accordingly. If the defendant consents, then the parties will submit a stipulation to be "So Ordered"; otherwise, the plaintiff will promptly move for leave.

Respectfully,

Matthew David Brozik

MDB/lr
cc:   William B. Pribis, Esq. (via electronic mail and regular mail)

*[Handwritten annotation:]* Application for a preliminary injunction is withdrawn. So ordered. 5/30/08  John G. Koeltl, U.S.D.J.