UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

ROYAL INDIAN RAJ
INTERNATIONAL CORPORATION,
a Nevada corporation,

                       Plaintiff,

- against -

DOMAINS BY PROXY, INC.,
an Arizona corporation,
WESTHOST INC.,
a Utah corporation,
BILL ZACK,
a Georgia resident,
and
JOHN DOES 1-10, being fictitious names,
the true names of certain persons being unknown,

                       Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

Case No. 08-CV-03445
(JGK)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel to each of the parties that currently remain in this action, that the plaintiff may amend its complaint in this action and shall do so by July 4, 2008. The defendant may serve and file an answer or otherwise respond thereto within 20 days of service thereof. This stipulation may be executed in facsimile counterparts.

Dated: New York, New York
       June 19, 2008

EINBINDER & DUNN, LLP

By: _____
    Matthew David Brozik, Esq.
*Attorneys for Plaintiff*
104 West 40th Street
New York, New York 10018

CLEVELAND, WATERS AND BASS, P.A.

By: _____
    William B. Pribis, Esq.
*Attorneys for Defendant Bill Zack*
Two Capital Plaza
P. O. Box 1137
Concord, NH 03302-1137

SO ORDERED:

_____
Hon. John G. Koeltl, U.S.D.J.

7/3/08