UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL INDIAN RAJ INTERNATIONAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOMAINS BY PROXY, INC.,<br>WESTHOST, INC,.<br>BILL ZACK,<br>ANN ZACK,<br>DIRECT INFORMATION PVT LTD. (d/b/a DIRECTI)<br>PIRADIUS NET, and<br>JOHN DOES 1-7<br><br>　　　　　　Defendants | 08-cv-03445<br><br>**WILLIAM ZACK'S ASSENTED-TO MOTION TO EXTEND ANSWER DATE** |

　　NOW COMES the defendant, Bill Zack, by and through his attorneys, Cleveland, Waters and Bass, P.A., and states as follows:

　　1.　By Stipulation approved by this Court on July 3, 2008, the parties agreed the plaintiff could amend its lawsuit on or before July 4, 2008, with the defendant responding within twenty (20) days.

　　2.　The plaintiff filed its amended complaint on July 9, 2008. The plaintiff's amended complaint included the addition of Bill Zack's wife, Ann Zack as a defendant.

　　3.　Ann Zack's answer is due on September 8, 2008.

　　4.　Undersigned counsel will represent Ann Zack as well in this matter.

1

5. Counsel in this case have agreed that Mr. Zack may file his response to the plaintiff's Amended Complaint with Ann Zack's response to the Amended Complaint – on or before September 8, 2008.

6. Because of the straightforward nature of the relief requested in this pleading and because of this pleading's assented-to nature, the defendant believes that a memorandum of law is not necessary to aid the Court in deciding the issues raised herein.

7. Counsel for the plaintiff assents to the relief requested in this pleading.

WHEREFORE, your defendant respectfully requests this Honorable Court:

A. Extend the date by which he must answer or otherwise respond to the plaintiff's lawsuit to September 8, 2008; and

B. Grant such other and further relief as equity and justice requires.

Respectfully submitted

BILL ZACK
By and through his Attorneys,
CLEVELAND, WATERS AND BASS, P.A.


Date: August 4, 2008        By:   /s/ William B. Pribis
                                  William B. Pribis
                                  Two Capital Plaza
                                  P. O. Box 1137
                                  Concord, NH 03302-1137
                                  Tel. No. (603) 224-7761
                                  Fax. No. (603) 224-6457
                                  E-mail    pribisw@cwbpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded this 4th day of August, 2008 to Matthew David Brozik, Esquire.


                                  /s/ William B. Pribis
                                  William B. Pribis