UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL INDIAN RAJ INTERNATIONAL CORPORATION,<br><br>                    Plaintiff,<br><br>       v.<br><br>DOMAINS BY PROXY, INC.,<br>WESTHOST, INC,.<br>BILL ZACK,<br>ANN ZACK,<br>DIRECT INFORMATION PVT LTD. (d/b/a DIRECTI)<br>PIRADIUS NET, and<br>JOHN DOES 1-7<br><br>                    Defendants | 08-cv-03445<br><br>**ASSENTED-TO MOTION TO CONTINUE SETTLEMENT CONFERENCE** |

NOW COMES the defendant, Bill Zack, by and through his attorneys, Cleveland, Waters and Bass, P.A., and states as follows:

1. Although it has not been formally listed on the Court's docket, counsel for the plaintiff and defendant understand that a settlement conference is scheduled for Monday, August 11, 2008.

2. The plaintiff has recently filed its Amended Complaint, naming Bill Zack's wife, Ann Zack, as a defendant. Her response is not due until September 8, 2008.

3. Counsel have further agreed that Bill Zack's response to the plaintiff's Amended Complaint shall not be due until September 9, 2008.

1

    4.    Counsel respectfully submit that a settlement conference would be much more productive after all responsive pleadings have been filed.  Accordingly, the defendant respectfully requests that the Court continue the August 11, 2008 settlement conference to any available date on the Court's calendar falling after September 8, 2008.

    5.    Because of the straightforward nature of the relief requested in this pleading and because of this pleading's assented-to nature, the defendant believes that a memorandum of law is not necessary to aid the Court in deciding the issues raised herein.

    6.    Counsel for the plaintiff assents to the relief requested in this pleading.

    7.    Counsel has discussed the reason for this requested continuance with his client, who assents to same.

    WHEREFORE, your defendant respectfully requests this Honorable Court:

    A.    Continue the August 11, 2008 settlement conference to a point in time later than September 8, 2008; and

    B.    Grant such other and further relief as equity and justice requires.

```
                              Respectfully submitted

                              BILL ZACK
                              By and through his Attorneys,
                              CLEVELAND, WATERS AND BASS, P.A.
```

Date: August 4, 2008        By:   /s/ William B. Pribis
                                  William B. Pribis
                                  Two Capital Plaza
                                  P. O. Box 1137
                                  Concord, NH 03302-1137
                                  Tel. No. (603) 224-7761
                                  Fax. No. (603) 224-6457
                                  E-mail    pribisw@cwbpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded this 4th day of August, 2008 to Matthew David Brozik, Esquire.

```
                                  /s/ William B. Pribis
                                  William B. Pribis
```