UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL INDIAN RAJ INTERNATIONAL CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>DOMAINS BY PROXY, INC.,<br>WESTHOST, INC,.<br>BILL ZACK,<br>ANN ZACK,<br>DIRECT INFORMATION PVT LTD. (d/b/a DIRECTI)<br>PIRADIUS NET, and<br>JOHN DOES 1-7<br><br>                Defendants | 08-cv-03445<br><br>**ASSENTED-TO REQUEST TO PARTICIPATE TELEPHONICALLY** |

    NOW COMES the defendant, Bill Zack, by and through his attorneys, Cleveland, Waters and Bass, P.A., and states as follows:

    1.    Although it has not been formally listed on the Court's docket, counsel for the plaintiff and defendant understand that a conference is scheduled for Wednesday, August 20, 2008.

    2.    Undersigned counsel was scheduled for a trial in New Hampshire the matter of <u>Willowdale Place Cooperative, Inc. v. Kilburn Crags, LLC, Austin W. Smith and David Groom</u>, Grafton (New Hampshire) County Superior Court Docket #07-E-0124. This trial was on a list for the two week period commencing August 11, 2008.

1

3. Counsel received today a scheduling notice indicating the <u>Willowdale Place</u> trial will actually commence on August 19 and 20, 2008. <u>See</u> Exhibit A.

4. Accordingly, the defendant respectfully requests that the Court allow undersigned counsel to participate telephonically at the August 20, 2008 conference in this matter.

5. Mr. Zack's local counsel, Attorney Broitman, is available to attend the conference in person.

6. Because of the straightforward nature of the relief requested in this pleading and because of this pleading's assented-to nature, the defendant believes that a memorandum of law is not necessary to aid the Court in deciding the issues raised herein.

7. Counsel for the plaintiff assents to the relief requested in this pleading.

WHEREFORE, your defendant respectfully requests this Honorable Court:

A. Allow undersigned counsel to participate telephonically in the August 20, 2008 conference; and

B. Grant such other and further relief as equity and justice requires.

```
                                Respectfully submitted

                                BILL ZACK
                                By and through his Attorneys,
                                CLEVELAND, WATERS AND BASS, P.A.


Date: August 14, 2008      By:  /s/ William B. Pribis
                                William B. Pribis
                                Two Capital Plaza
                                P. O. Box 1137
                                Concord, NH 03302-1137
                                Tel. No. (603) 224-7761
                                Fax. No. (603) 224-6457
                                E-mail    pribisw@cwbpa.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded this 14th day of August, 2008 to Matthew David Brozik, Esquire.

```
                                /s/ William B. Pribis
                                William B. Pribis
```

**EXHIBIT A**

THE STATE OF NEW HAMPSHIRE
**Grafton Superior Court**
3785 Dartmouth College Highway
N. Haverhill, NH 03774
603 787-6961

**NOTICE OF HEARING**

```
WILLIAM B PRIBIS ESQ
CLEVELAND WATERS & BASS
PO BOX 1137
CONCORD NH 03302-1137
```

- 07-E-0124        Willowdale Place Coop., Inc. vs. Kilburn Crags LLC, et al

The above-referenced case has been scheduled for the following:
      **Hearing on the Merits**

    Date:     **August 19, 2008**
    Time:     **10:00 am**
    Location:  **Grafton Superior Court**
                **Grafton County Courthouse**
                **3785 Dartmouth College Highway**
                **N. Haverhill NH 03774**

Time allotted for this hearing: 8 hrs.
Please advise immediately if this is not sufficient.

Your failure to physically appear at a hearing may result in a default.
All issues raised by the pleadings will be disposed of immediately
without your participation.

**One and a half days have been allotted for this hearing on August 19 & 20, 2008.**

Please advise clients, witnesses, and others that it is a class B
felony to carry a firearm or other deadly weapon as defined in
RSA 625:11,V in a courtroom or area used by a court.

8/12/2008
                                        BY ORDER OF THE SUPERIOR COURT
                                        Robert B. Muh
                                        Clerk of Court

cc:   Robert M. Shepard, Esq.