UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL INDIAN RAJ INTERNATIONAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOMAINS BY PROXY, INC.,<br>WESTHOST, INC,.<br>BILL ZACK,<br>ANN ZACK,<br>DIRECT INFORMATION PVT LTD. (d/b/a DIRECTI)<br>PIRADIUS NET, and<br>JOHN DOES 1-7<br><br>　　　　　　Defendants | 08-cv-03445<br><br>Hon. John G. Koeltl<br><br>**MOTION TO DISMISS THE DEFENDANT, ANN ZACK, PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

　　NOW COMES the defendant, Ann Zack, by and through her attorneys, Cleveland, Waters and Bass, P.A., and hereby moves this Court to dismiss this action against her for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) for the reasons set forth more fully in the attached Memorandum of Law and supporting Affidavit.  Due to the dispositive nature of this pleading, concurrence was neither sought nor obtained.

1

```
                        Respectfully submitted

                        ANN ZACK
                        By and through her Attorneys,
                        CLEVELAND, WATERS AND BASS, P.A.
```

Date: September 5, 2008        By:  /s/ William B. Pribis
                                    William B. Pribis
                                    (NH Bar No. 11348)
                                    Two Capital Plaza
                                    P. O. Box 1137
                                    Concord, NH 03302-1137
                                    Tel. No. (603) 224-7761
                                    Fax. No. (603) 224-6457
                                    E-mail   pribisw@cwbpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded this 5th day of September, 2008 to Matthew David Brozik, Esquire.

                                    /s/ William B. Pribis
                                    William B. Pribis