**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**ROYAL INDIAN RAJ INTERNATIONAL CORPORATION,**
                      **Plaintiff,**

- against -
                                    08 Civ. 3445 (JGK)

                                    MEMORANDUM OPINION AND
**DOMAINS BY PROXY, INC., et al.,**    ORDER
                      **Defendants.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant Mr. Zack has moved for attorney's fees in connection with the successful litigation of his previous motions for attorney's fees and to enforce the settlement, which the Court granted by Memorandum Opinion and Order dated July 20, 2011. See Royal Indian Raj Int'l Corp. v. Domains By Proxy, Inc., No. 08 Civ. 3445, Docket No. 87 ("July 20 Mem. Op.").

    In that Order, the Court awarded the defendant "attorneys' fees for the current motions" as a sanction against the plaintiff, and instructed the defendant to "submit post-judgment papers with an affidavit detailing the reasonable attorneys' fees associated with the current motions" within 14 days. July 20 Mem. Op. at 11-12 (citing Fed. R. Civ. P. 54(d)(2)). The defendant submitted those papers nine days later. See Royal Indian Raj Int'l Corp. v. Domains By Proxy, Inc., No. 08 Civ. 3445, Docket No. 89 (Application for Attorney's Fees).

The plaintiff has not responded to the defendant's motion or contested the reasonableness of the attorney's fees sought. The Court finds the attorney's fees sought by the defendant reasonable. The defendant submitted a contemporaneous invoice reflecting 12.6 hours of work by attorneys at the average hourly rate of $167 per hour. The amount is very reasonable. In addition the defendant seeks reasonable costs of $35.50. The defendant's application is granted.

## CONCLUSION

For the reasons explained above, the plaintiff, Royal Indian Raj International Corporation is ordered to pay the defendant William Zack $2,141.25 forthwith.

The Clerk is directed to enter judgment in favor of the defendant in that amount, and to close Docket No. 89.

SO ORDERED.

Dated:   New York, New York
         January 7, ~~2011~~
                    2012

1/9/12

John G. Koeltl
United States District Judge